AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Tony M. | U.S. Bankruptcy Court, W.D. TX, Austin Division | 04/20/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge, Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
Homer Thornberry Federal Judicial Building
903 San Jacinto, Ste. 322
Austin, TX 78701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 04/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Wages from Williams-Sonoma |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar Seminar (Starting out Right) | May 2, 2014 | San Antonio, TX | Educational Seminar | Transportation |
| 2. | Bankruptcy Bench Bar Conference | May 21-23, 2014 | San Antonio, TX | Bench/Bar Conference and Seminar | Hotel, meals |
| 3. | UT Consumer Bankruptcy Conference | July 23-26, 2014 | Galveston, TX | Educational Seminar | Hotel, transportation, meals |
| 4. | TX, La., Ms. Bankruptcy Bench Bar | February 12 - 14, 2014 | New Orleans, La. | Conference and Seminar | Hotel, Air Fare, Meals |
| 5. | Advanced Consumer/ Business Seminar | February 19-21, 2014 | Houston, TX | Educational Seminar | Transportation, Hotel, Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Core Moderate Growth Funds | E | Int./Div. | O | T | | | | | |
| 2. Aberdeen Emerging Mkts FD Instl SV CL | | None | | | Sold | 02/21/14 | J | A | |
| 3. Artisan Small Cap Fund Investor CL | | None | J | T | | | | | |
| 4. Blackrock National Muni Fund CL A | C | Dividend | L | T | Sold (part) | 06/10/14 | J | A | |
| 5. | | | | | Sold (part) | 06/10/14 | J | A | |
| 6. William Blair Int'l Growth Class N | A | Dividend | J | T | | | | | |
| 7. Columbia Contrarian Core Fund CL R5 | A | Dividend | J | T | Sold (part) | 06/10/14 | J | A | |
| 8. Columbia Select Large Cap Growth R5 | A | Dividend | J | T | Sold (part) | 06/20/14 | J | A | |
| 9. | | | | | Sold (part) | 12/10/14 | J | A | |
| 10. Dreyfus Opportunistic Midcap Value CL A | A | Dividend | J | T | Buy (add'l) | 05/08/14 | J | | |
| 11. | | | | | Sold (part) | 06/11/14 | J | A | |
| 12. American Europacific Growth | A | Dividend | J | T | | | | | |
| 13. Fimm MMKT Port INst. CL | A | Int./Div. | K | T | | | | | |
| 14. Fidelity Municipal Money Market | A | Dividend | J | T | Buy | 06/11/14 | J | | |
| 15. Fidelity Advosor Int'l Disc. CL I | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 16. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 17. Fidelity Emerging Markets | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Advisor New Insights CL 1 | | None | | | Sold | 06/10/14 | J | A | |
| 19. Fidelity Growth Co. | A | Dividend | J | T | Sold (part) | 06/10/14 | J | A | |
| 20. Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 21. Fidelity Dividend Growth | | None | | | Sold | 05/08/14 | J | A | |
| 22. Fidelity Municipal Income | A | Dividend | J | T | Sold (part) | 06/11/14 | J | A | |
| 23. | | | | | Sold (part) | 10/21/14 | J | A | |
| 24. Franklin Int'l SM Cap Growth Advisor | A | Dividend | J | T | Sold (part) | 10/29/14 | J | A | |
| 25. Goldman Sachs SM Cap Value Instl | A | Dividend | J | T | Sold (part) | 06/11/14 | J | A | |
| 26. Oakmark Fund I | A | Dividend | J | T | | | | | |
| 27. Oakmark Int'l CL I | A | Dividend | J | | Sold | 12/17/14 | J | A | |
| 28. ING Global Real Estate CL A, Now known as Voya Global RE | A | Dividend | J | T | | | | | |
| 29. Invesco Convertible FD CL Y | A | Dividend | | | Buy | 05/08/14 | J | | |
| 30. | | | | | Sold | 12/08/14 | J | A | |
| 31. Ishares Russell Midcap Value ETF | A | Dividend | J | T | | | | | |
| 32. Ishares Russell 1000 Value ETF | A | Dividend | K | T | Sold (part) | 06/13/14 | J | A | |
| 33. John Hancock Disciplined Value I2 | A | Dividend | J | T | Sold (part) | 06/11/14 | J | A | |
| 34. Lazard Emerging Mkts Equity Open CL Shrs | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Int'l Value Fund CL A | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 36. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 37. Manning & Napier World Oppt Ser CL A | | None | | | Sold | 10/20/14 | J | A | |
| 38. Morgan Stanley Mid Cap Growth Port CL P | | None | | | Sold (part) | 06/10/14 | J | A | |
| 39. | | | | | Sold | 12/12/14 | J | A | |
| 40. Nuveen All American Muni Bond Class I | B | Dividend | K | T | Sold (part) | 06/10/14 | J | A | |
| 41. Nuveen Intermiediate Duration Muni Bond A | A | Dividend | J | T | Buy | 12/09/14 | J | | |
| 42. Oppenheimer Int'l Growth Class A, fka Oppenheimer Growth Class A | | None | | | Buy (add'l) | 02/24/14 | J | | |
| 43. | | | | | Sold | 06/10/14 | J | A | |
| 44. Oppenheimer Int'l Growth Class I | A | Dividend | J | T | Spinoff (from line 42) | 10/09/14 | J | | |
| 45. Oppenheimer Int'l Bond Fd CL Y | A | Dividend | J | T | Buy | 12/18/14 | J | | |
| 46. Oppenheimer Dev Markets FD Class Y | A | Dividend | | | Buy | 10/21/14 | J | | |
| 47. | | | | | Sold | 12/18/14 | J | A | |
| 48. Prudential Jennison Mid Cap Growth CL A | A | Dividend | J | T | | | | | |
| 49. SPDR S&P ETF Trust Unit Ser 1 | A | Dividend | K | T | Buy | 12/22/14 | J | | |
| 50. SPDR SER TR Barclays Conv. Sec. ETF | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 51. | | | | | Buy (add'l) | 12/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T Rowe Price Overseas Stock Fund | | None | | | Buy | 02/24/14 | J | | |
| 53. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 54. | | | | | Sold (part) | 06/11/14 | J | A | |
| 55. | | | | | Sold | 10/21/14 | J | A | |
| 56. T Rowe Price Small Cap Value Advisor CL | A | Dividend | J | T | | | | | |
| 57. T Rowe Price Mid Cap Value Adv Class | A | Dividend | J | T | | | | | |
| 58. Sector SPDR TR SHS Ben Int Financial | A | Dividend | J | T | | | | | |
| 59. Templeton Frontier Mrkts FD Adv CL | A | Dividend | J | T | Sold (part) | 06/11/14 | J | A | |
| 60. Templeton Global Bond Class A | A | Dividend | | | Buy (add'l) | 05/08/14 | J | | |
| 61. | | | | | Sold (part) | 06/11/14 | J | A | |
| 62. | | | | | Sold | 12/18/14 | J | B | |
| 63. Vanguard Index FDS Vanguard Growth Vipers | A | Dividend | K | T | | | | | |
| 64. Transamerica Int'l Equity Cl I | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 65. Transamerica Int'l Small Cap Value I | A | Dividend | J | T | Buy | 10/31/14 | J | | |
| 66. Wasatch Frontier Emerg. Small Cos | A | Dividend | J | T | Buy | 12/18/14 | J | | |
| 67. Wells Fargo Short Term Muni Inc-Inst. | A | Dividend | K | T | Sold (part) | 06/11/14 | J | A | |
| 68. | | | | | Buy (add'l) | 12/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Muni Bond FD | A | Dividend | K | T | Sold (part) | 06/11/14 | K | A | |
| 70. | | | | | Sold (part) | 12/18/14 | J | | |
| 71. Norfolk Southern | A | Dividend | J | T | Buy | 01/15/14 | J | | |
| 72. JP Morgan Savings Account | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 04/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Tony M. Davis**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544